IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEBORAH MULLINS, <br><br> Plaintiff, <br><br> v. <br><br> DPAC ACCEPTANCE LTD. d/b/a CNAC, <br><br> Defendant. | Case No. 5:21-cv-00329 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, DEBORAH MULLINS, and Defendant, DPAC ACCEPTANCE LTD. d/b/a CNAC, through their respective counsel stipulate that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 14, 2022                    Respectfully Submitted,

| | |
|---|---|
| YOLANDA BRADFORD | DPAC ACCEPTANCE LTD. d/b/a CNAC, |
| */s/ Mohammed O. Badwan* | */s/ Jordan A. Mayfield* |
| Mohammed O. Badwan, Esq. | JORDAN A. MAYFIELD |
| Sulaiman Law Group, Ltd. | State Bar No. 24037051 |
| 2500 S. Highland Ave., Suite 200 | mayfield@namanhowell.com |
| Lombard, IL 60148 | JOE RIVERA |
| Phone: (630) 575-8180 | State Bar No. 24065981 |
| mbadwan@sulaimanlaw.com | jrivera@namanhowell.com |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.